NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CP KELCO US, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,
JUNGBUNZLAUER AUSTRIA AG,**
*Defendants-Appellees*

———————————

2015-1209

———————————

Appeal from the United States Court of International Trade in No. 1:13-cv-00287-RWG, Senior Judge Richard W. Goldberg.

———————————

**JUDGMENT**

———————————

NANCY NOONAN, Arent Fox, LLP, Washington DC, argued for plaintiff-appellant. Also represented by KEITH F. HUFFMAN, MATTHEW L. KANNA, TINA TERMEI.

DAVID ANDREW JACK GOLDFINE, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for defendant-appellee United States. Also represented by ANDREA C. CASSON, DOMINIC L. BIANCH.

FREDERICK PAUL WAITE, Vorys, Sater, Seymour & Pease LLP, Washington, DC, argued for defendant-appellee Jungbunzlauer Austria AG. Also represented by KIMBERLY YOUNG, WILLIAM MICHAEL RYAN BARRETT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, TARANTO, *Circuit Judges,* and STARK, *District Judge.*[*]).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 10, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |

_____

[*]  The Honorable Leonard P. Stark, Chief District Judge, United States District Court for the District of Delaware, sitting by designation.